1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org

6 Attorneys for Mr. Sanchez-Castellanos

8                    UNITED STATES DISTRICT COURT

9                 FOR THE SOUTHERN DISTRICT OF CALIFORNIA

11 UNITED STATES OF AMERICA,           )   Case No. 08mj1988
                                       )
12              Plaintiff,             )
                                       )
13 v.                                  )
                                       )   **NOTICE OF APPEARANCE**
14 **RAMON SANCHEZ-CASTELLANOS,**      )
                                       )
15              Defendant.             )
                                       )

          Pursuant to implementation of the CM/EMF procedures in the Southern District of California, Michelle Betancourt, Federal Defenders of San Diego, Inc., files this Notice of Appearance attorney of record in the above-captioned case.

                                    Respectfully submitted,

Dated: July 2, 2008                  s/ *Michelle Betancourt*
                                    **MICHELLE BETANCOURT**
                                    Federal Defenders of San Diego, Inc.
                                    Attorneys for Defendant
                                    michelle_betancourt@fd.org

1 **MICHELLE BETANCOURT**
California State Bar No. 215035
2 FEDERAL DEFENDERS OF SAN DIEGO, INC.
225 Broadway, Suite 900
3 San Diego, California 92101-5008
Telephone: (619) 234-8467 Ext. 3737
4 Facsimile: (619) 687-2666
michelle_betancourt@fd.org
5

6 Attorneys for Mr. Sanchez-Castellanos

7

8                UNITED STATES DISTRICT COURT

9               SOUTHERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| 11 UNITED STATES OF AMERICA, | Case No. 08mj1988 |
| 12       Plaintiff, | |
| 13 v. | PROOF OF SERVICE |
| 14 **RAMON SANCHEZ-CASTELLANOS**, | |
| 15       Defendant. | |

17       Counsel for Defendant certifies that the foregoing pleading is true and accurate to the

18 best of her information and belief, and that a copy of the foregoing document has been served via

19 CM/ECF this day upon:

20       Assistant United States Attorney
      efile.dkt.gc1@usdoj.gov;
21

22 Dated: July 2, 2008                        *s/ Michelle Betancourt*
                                               MICHELLE BETANCOURT
23                                                Federal Defenders
                                               225 Broadway, Suite 900
24                                                San Diego, CA 92101-5030
                                               (619) 234-8467 (tel)
25                                                (619) 687-2666 (fax)
                                               e-mail: michelle_betancourt@fd.org
26

27

28